01

02

03

04

05

06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                   AT SEATTLE

08  JOSE LOPEZ-POTENCIANO,               )
                                         )    CASE NO. C13-0682-TSZ
09            Petitioner,                )
                                         )
10      v.                               )    ORDER OF DISMISSAL
                                         )
11  ICE FIELD OFFICE DIRECTOR,           )
                                         )
12            Respondent.                )
    _____    )
13

14          The Court, having reviewed petitioner's Petition for Writ of Habeas Corpus (Dkt. No.

15  1), respondent's Return Memorandum and Motion to Dismiss (Dkt. No. 7), respondent's Notice

16  of Removal (Dkt. No. 10), the Report and Recommendation of the Honorable Mary Alice

17  Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

18          1.      The Court adopts the Report and Recommendation.

2. 19       2.      Petitioner's petition for writ of habeas corpus (Dkt. No. 1) is DISMISSED with

20                  prejudice as moot, and respondent's Return Memorandum and Motion to

21                  Dismiss (Dkt. No. 7) is terminated as moot.

3. 22  //

ORDER OF DISMISSAL
PAGE -1

01       3.       The Clerk shall send a copy of this Order to the parties and to Judge Theiler.

02       DATED this 30th day of July, 2013.

03

04                                                    _Thomas S Zilly_

05                                                    THOMAS S. ZILLY
                                                      United States District Judge

06

07

08

09

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER OF DISMISSAL
PAGE -2